UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plainview-Old Bethpage CSD<br><br>v. JUUL LABS, INC. et. al<br><br>*This Document Relates to:*<br><br>IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO) | 3:20-cv-02205 (WHO)<br><br>**NOTICE OF DISMISSAL**<br><br>Hon. William H. Orrick |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action[1]:

- ALTRIA GROUP, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC
- PHILIP MORRIS USA, INC.;
- NU MARK LLC
- NU MARK INNOVATIONS LTD.

*[Signature on following page]*

---

[1] To the extent Plaintiff has asserted any other claims against any other defendant(s) not referenced herein, Plaintiff **does not** dismiss any pending claims against those defendant(s).  For clarity, Plaintiff previously dismissed claims against JUUL Labs Inc., PAX Labs Inc., the Management Defendants, the E-Liquid Manufacturing Defendants, the Distributor Defendants, and the Retailer Defendants.

Dated: June 11, 2024

Respectfully Submitted,

/s/     Joseph G. VanZandt

Joseph G. VanZandt (*pro hac vice*)
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Tel: 334-269-2343
Email: Joseph.VanZandt@BeasleyAllen.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 11, 2024, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

                                                /s/ Joseph G. VanZandt
                                                Joseph G. VanZandt